IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3  PM 2: 28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

LILLIAN THOMPSON HOLMES,

    Plaintiff,

v.                                              No. 03-2190 B

J.M. PRODUCTS, INC.,
SUMMIT PACKAGING SYSTEMS, INC.,
and U.S. CAN CORPORATION,

    Defendants.

---

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO FILE REPLY

---

Pending on the Court's docket in this matter is the motion of the Defendant, United States Can Company, for leave to file a reply in support of its motion to allow interior inspection filed February 15, 2005. As the Plaintiff's claims against this Defendant have since been dismissed, the motion is hereby DENIED as moot.

IT IS SO ORDERED this ____ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 161 in case 2:03-CV-02190 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Kent E. Krause
BREWER KRAUSE & BROOKS
611 Commerce St.
Nashville, TN 37203

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT