IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 SEP -9 PM 12: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| LILLIAN THOMPSON HOLMES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:03-CV-2190-BV |
| J. M. PRODUCTS, INC., SUMMIT PACKAGING SYSTEMS, INC., and UNITED STATES CAN COMPANY, | ) JURY DEMAND ) NOTICE OF ENTRY REQUIRED |
| Defendants. | ) |

## AGREED ORDER OF SETTLEMENT AND COMPROMISE

It appearing to the Court, as evidenced by the signatures of counsel hereto, that all matters in controversy have been compromised and settled, and that the plaintiff's cause of action against the defendant, J.M. Products, Inc., should be dismissed, with prejudice, with each party to bear its own discretionary costs allowable under Rule 54 of the Federal Rules of Civil Procedure, and

It is ORDERED, ADJUDGED, and DECREED as follows:

1. The plaintiff's cause of action against the defendant, J.M. Products, Inc., is hereby dismissed, with prejudice.

2. Each party shall bear its own discretionary costs allowable under Rule 54 Federal Rules of Civil Procedure

Entered this ___9th___ day of __September__, 2005.

_____
J. DANIEL BREEN, JUDGE
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-9-05__

Gulf JM Products Holmes Ord Settlement 050721

164

Approved for Entry:

*[signature]*

**W. BRYAN SMITH**
Registration No. 018230
Attorney for Plaintiff
**COCHRAN, CHERRY, GIVENS, SMITH & McLAUGHLIN**
One Commerce Square, 26th Floor
Memphis, TN 38103
Phone: 901-523-1222

*[signature]*

**KENT E. KRAUSE**
Registration No. 6325
Attorney for Defendant, J. M. Products, Inc.
**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW**
P.O. Box 23890
Nashville, TN 37202-3890
Phone: 615-256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on the __6__ day of __Sept_____, 2005 a true and correct copy of the foregoing was mailed First Class Mail, postage pre-paid to:

W. Bryan Smith, Esq.
Cochran, Cherry, Givens, Smith & Bolton, L.L.P.
One Commerce Square, 26th Floor
Memphis, TN 38103

Randy McMurray, Esq.
Cochran, Cherry, Givens, Smith & Stewart, P.C.
4929 Wilshire Boulevard, Suite 1010
Los Angeles, CA 90010

*[signature]*

**KENT E. KRAUSE**

KEK:le

Gulf JM Products Holmes Ord Settlement 050721

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 164 in case 2:03-CV-02190 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Kent E. Krause
BREWER KRAUSE & BROOKS
611 Commerce St.
Nashville, TN 37203

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT